UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES FEGEL,                    Plaintiff,
  -against-
CAREN LOGUERCIO,                        Defendant.



Case No. 25-cv-04538 (GRB)(ARL)

August 29, 2025

Hon. Arlene R. Lindsay
United States Magistrate Judge
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722



Re: Filing of Rule 11 Safe Harbor Notice – Procedural Clarification

REC'D PRO SE OFFICE
SEP 2 '25 PM5:34
Dear Judge Lindsay,

Plaintiff respectfully submits this letter to clarify the procedural status of his Rule 11 Safe Harbor Notice and Motion for Sanctions. Pursuant to Federal Rule of Civil Procedure 11(c)(2), a Rule 11 motion must be served on opposing counsel but "must not be filed or presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service."

My Rule 11 motion was properly served on defense counsel only, and not filed with the Court, as required by the rule. Defense counsel's recent submission attached herein, presenting the motion to the Court during the safe harbor period, was premature and not in compliance with Rule 11.

I respectfully request that the Court not act on or docket the Rule 11 motion until the safe harbor period has expired and only if necessary.

Attached, for reference, is a copy of defense counsel's recent letter/filing.

Thank you for your consideration.

Respectfully submitted,

_____

James Fegel, Pro Se
71 Raynor Rd.
Ridge, NY 11961
Tel: (631) 495-0146
Email: spendit@live.com
Dated: August 29 2025



**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

August 28, 2025

The Honorable Arlene R. Linsday
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     *Fegel v Loguercio.*, Docket No.: 25-cv-4538 (GRB)(ARL)

Dear Judge Lindsay:

This office represents the Defendant, the Hon. Caren Loguercio, Supervising Judge of the Family Court, Suffolk County.  I write in response and opposition to the Plaintiff *pro se*'s "Rule 11 Safe Harbor Notice & Motion for Sanctions" dated August 27, 2025, putatively served by electronic and certified first-class mail[1] on the undersigned which is attached since it has yet to be docketed to ECF/PACER.

Federal Rule of Civil Procedure 11(b) provides, in pertinent part, that by presenting the Court with a motion, an attorney certifies that to the best of his/her knowledge, formed after a reasonable inquiry, such information is not presented for an improper purpose; the legal contentions are warranted by existing law or non-frivolous argument of an extension of such; factual contentions have evidentiary support; and denials are warranted based upon evidence.  *See* Fed. R. Civ. P. 11(b).  Under Rule 11(c)(1), the court may impose an "appropriate sanction" if it determines that Rule 11(b) has been violated.

It is respectfully submitted that the undersigned has not violated Rule 11(b) and there is no basis for an award of sanctions. The arguments made in the Defendant's Pre-Motion Conference letter dated August 22, 2025 (ECF Doc. No. 7), to which the Plaintiff takes issue, are valid, legal arguments predicated on the facts that were alleged in the Complaint and exhibits attached thereto, with citations to the same.  These arguments are grounded in well-established law, including the Eleventh Amendment and judicial immunity, and are far from qualifying as "frivolous."  In particular, contrary to the Plaintiff's assertion pursuant to Fed. R. Civ. P. 11(b)(3) that the Defendant "misrepresented courtroom events", our description of the factual background, context

---

[1] The Plaintiff asserts that his letter application was sent to the Office of the Attorney General, Suffolk Regional Office by certified first class mail, return receipt requested. However, at the time of this writing, the undersigned has not received the same.  Further, it is submitted that electronic mail is not good or proper service.  Nevertheless, the Defendant addresses the substantive inadequacies of the application below.

and events underlying this action were constrained by the Plaintiff's recitation of the same as appeared in the *pro se* Complaint and addendum. By his letter, the Plaintiff now apparently seeks to expand the factual record to include many of the "Unusual Occurrence Reports" filed by the court officers who dealt with the Plaintiff on several occasions in Family Court, Suffolk County. Since these reports were not attached to the pleadings and are not presently properly before the Court, the undersigned did not reference them as matter beyond the present pleadings and record. Thus, the Defendants cannot be said to have intentionally omitted material and dispositive evidence which was not explicitly referenced or attached to the pleadings.

Separately, the Plaintiff takes issue with the legal arguments and defenses Judge Loguercio anticipates presenting on her dismissal motion. However, well settled law and precedent as cited by the Defendant does not and cannot constitute "frivolous argument" as defined by Fed. R. Civ. P. 11(b)(2), nor can it be reasonably or properly characterized as lacking a proper purpose under Fed. R. Civ. P. 11(b)(1). Rather, all of the arguments and contentions appearing the Defendant's prior pre-motion conference letter were made in good faith and supported by settled law and precedent in support of the Defendant's position this matter must be dismissed for lack of subject matter jurisdiction and/or failure to state a cause of action. As a result, there is nothing to cure.

Accordingly, in view of all of the above, it is respectfully submitted that the Plaintiff's motion for sanctions should be denied.

Respectfully submitted,

Rudolph M. Baptiste
Assistant Attorney General
(631) 231-2169
Rudolph.Baptiste@ag.ny.gov

Encls.

Cc:
**VIA ELECTRONIC MAIL, CERTIFIED FIRST CLASS MAIL, RRR & ECF**
JAMES FEGEL
71 Raynor Rd.
Ridge, New York 11961

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, a true and correct copy of the foregoing Letter to Magistrate Judge Lindsay and attached exhibit (defense counsel's letter) was served on:

1. Hon. Arlene R. Lindsay, U.S. Magistrate Judge, U.S. District Court, EDNY, 100 Federal Plaza, Central Islip, NY 11722
2. Clerk's Office, U.S. District Court, EDNY, 100 Federal Plaza, Central Islip, NY 11722, Attn: Pro Se Office
3. Rudolph M. Baptiste, Assistant Attorney General, 300 Motor Parkway, Suite 230, Hauppauge, NY 11788 (also by email to Rudolph.Baptiste@ag.ny.gov)

James Fegel, Pro Se
71 Raynor Rd.
Ridge, NY 11961
Tel: (631) 495-0146
Email: spendit@live.com
Dated: August 29, 2025

James Fegel
71 Raynor Rd
Ridge NY 11961

Clerks office q-r
100 Fedeal plaza
Central Islip Ny 11722

(Att pro se office)

RECEIVED
CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y
SEP 02 2025
LONG ISLAND OFFICE

9589 0710 5270 1141 2479 55

Retail

UNITED STATES
POSTAL SERVICE

11722

RDC 99

U.S. PO
FCM LE
RIDGE,
AUG 29

$5.3

S2322M5

11722-443800